UNANIMOUS CONSENT TO ACTION OF THE SOLE SHAREHOLDER OF
FINANCIAL TITLE COMPANY
TO INITIATE CHAPTER 11 BANKRUPTCY

October 21, 2008

The undersigned, constituting the sole Shareholder (the "Shareholder") of Financial Title Company (the "Company"), hereby unanimously adopts the following resolutions and consents to the taking of all actions set forth herein as if such resolutions had been adopted at a duly called and held shareholders' meeting of the Company:

The Shareholder has determined that it is in the best interest of the Company to initiate a Chapter 11 Bankruptcy case in the Company's name.

Accordingly, the following resolutions are adopted:

RESOLVED, that Brownstein Hyatt Farber Schreck, LLP ("BHFS") be and hereby is appointed to act and serve as attorneys at law for the Company in all legal matters relating to the insolvency, bankruptcy, reorganization, workouts or liquidation of the Company, including all legal representation reasonably related thereto, and that the customary professional charges for the services as attorneys be paid to them from time to time; and be it

RESOLVED, that the Shareholder be, and hereby is authorized, empowered and directed to execute, deliver and cause the performance of, in the name and on behalf of the Company, the employment and payment of BHFS as described in the foregoing Resolution; and be it

RESOLVED, that the Shareholder be, and hereby is, authorized and directed to take such actions and execute and deliver on behalf of the Company such documents and/or instruments as may be necessary to accomplish the foregoing Resolutions; and be it

RESOLVED, that a Voluntary Petition in Chapter 11 of Title 11, U.S.C. (the "Petition"), and all documents related thereto and to the bankruptcy proceeding thereby effectuated, be, and hereby is, adopted and approved in its entirety and the bankruptcy, liquidation and reorganization contemplated thereby be, and hereby is, authorized, adopted and approved, in such form and containing such terms and conditions, with such changes, additions, deletions, amendments or modifications, as the Shareholder executing the same deem necessary, proper or advisable; and be it

RESOLVED, that the Shareholder be, and hereby is, authorized, empowered and directed to execute, deliver and cause the performance of, in the name and on behalf of the Company, the Petition, with such changes therein, deletions therefrom or additions thereto, as the Shareholder executing the same shall approve, the execution and delivery thereof to be conclusive evidence of the approval and ratification thereof by such Shareholder; and be it

8948\14\1208329.1

RESOLVED, that the Shareholder be, and hereby is, authorized to file, or cause to be filed, the Petition with the United States Bankruptcy Court in the District of Colorado (the "Court") in accordance with the applicable provisions of all applicable federal and state bankruptcy laws; and be it

RESOLVED, that the Shareholder be, and hereby is, authorized and directed to take such actions and execute and deliver on behalf of the Company such documents and/or instruments as may be necessary to accomplish the foregoing resolutions; and be it

RESOLVED, that all actions taken by the Shareholder prior to the date of this unanimous written consent which are within the authority conferred by the foregoing resolutions are ratified and approved; and be it

RESOLVED, that the Shareholder be, and hereby is, authorized, empowered and directed to take, from time to time in the name and on behalf of the Company, such actions and execute and deliver such certificates, instruments, notices and documents, including any amendments thereto, as may be required from time to time or as such Shareholder may deem necessary, advisable or proper in order to carry out and perform the obligations of the Company under and in connection with the foregoing resolutions; and all such certificates, instruments, notices and documents to be executed and delivered in such form as the Shareholder executing the same shall approve, the execution and delivery thereof by such Shareholder to be conclusive evidence of the approval and ratification thereof by such Shareholder; and be it

RESOLVED, that the Shareholder is authorized to execute on behalf of the Company any necessary paperwork to initiate the authorized bankruptcy proceedings; and be it

The undersigned, comprising all of the Shareholders of Financial Title Company hereby consent to the action taken herein, it being expressly intended and understood that this consent to action shall be effective as of the date first written above.

SOLE SHAREHOLDER:

FINANCIAL HOLDINGS, INC.

By: Mercury Companies, Inc.,
its sole shareholder

By: _____
Name: Jerrold G. Hauptman
Its: Chief Executive Officer