**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re

FINANCIAL TITLE COMPANY,
a California corporation
EIN: 77-0159506

Debtors.

Bankruptcy Case No. 08-26827

Chapter 11

## ORDER FOR JOINT ADMINISTRATION

THIS MATTER having been presented on the Debtors' motions seeking joint administration of the Debtors' estates, and the Court having considered the protecting of creditors of the different estates against potential conflicts of interest, it is

ORDERED, that the Debtors' estates herein shall be jointly administered, for procedural purposes only, pursuant to Fed. R. Bankr. Pro. 1015; and it is

FURTHER ORDERED, that the pleadings concerning administrative matters pertaining to all of the Debtors may be filed under a joint caption, form of which is attached to this Order as Exhibit A, Joint Administration Caption. Pleadings and orders so captioned shall be filed and docketed only in Case No. 08-23125; and it is

FURTHER ORDERED, that all motions, pleadings and other documents filed in these cases shall reflect the complete caption of each case as shown on Exhibit A, except that:

(a) a motion which applies only to one specific estate may reflect only the caption of that case; and

(b) all proofs of claim must be captioned and filed in the specific estate to which it applies; and it is

FURTHER ORDERED, that the Debtors shall maintain adequate records regarding the assets of the respective Debtors' estates in order to protect the rights of joint creditors and individual creditors of these estates; and it is

FURTHER ORDERED the Debtor shall forthwith give notice of this Order to the United States Trustee and to all creditors and parties-in-interest.

DATED: October 30, 2008

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge

8948\9000\1187093.1

**EXHIBIT A TO ORDER FOR JOINT ADMINISTRATION:**
**JOINT ADMINISTRATION CAPTION**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| In re | |
|---|---|
| MERCURY COMPANIES, INC., ET AL | Bankruptcy Case Nos. 08-23125, 08-26825, 08-26827, 08-26829, 08-26831, 08-26834, 08-26837 |
| Debtors. | Jointly Administered Under Case No. 08-23125 MER |
| | Chapter 11 |