### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

_**Minutes of Proceeding**_

| Date: | **November 13, 2008** | **Honorable Michael E. Romero, Presiding** |
|---|---|---|

| In re: | **FINANCIAL TITLE COMPANY** | **Case No. 08-26827 MER** |
|---|---|---|
| | | **Chapter 11** |
| | Debtor. | |

| | Appearances | | Counsel | |
|---|---|---|---|---|
| Trustee | **United States Trustee** | | Counsel | **Paul Moss** |
| Debtor(s) | | | Counsel | **Daniel Garfield** |
| Creditor | **Unsecured Creditors Committee** | | | **Lars Fuller** |
| Creditor | **California Department of Labor** | | Counsel | **David Balter** |
| Creditor | **Texas Department of Insurance** | | Counsel | **Abigail Ryan/E. Stuart Phillips** |

Proceedings:     **Motion to Set Bar Date**

Orders:

[X]   **The bar date for filing proofs of claim is set for January 30, 2009.  The Debtor will send notice to all creditors and parties-in-interest of the bar date and information regarding the claims agent, including the web site which will be administered by the claims agent.**

Date: **November 13, 2008**

FOR THE COURT:
_Bradford L. Bolton, Clerk_

By: _____