IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| In re | |
|---|---|
| FINANCIAL TITLE COMPANY | Case No. 08-26827 MER<br>Chapter 11 |
| Debtor. | |

## ORDER APPROVING MOTION TO DISMISS

Before the Court is Financial Title Company (the "Debtor") Motion to Dismiss (the "Motion"), notice of the Motion having been provided to creditors and parties in interest in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules, the Court being otherwise sufficiently advised, and good cause being shown, it is hereby

ORDERED THAT:

1. The Motion is GRANTED;

2. The Debtor's Chapter 11 case is dismissed pursuant to 11 U.S.C. § 1112(b) as of the date hereof.

Dated: April 12, 2013.

BY THE COURT,

_____
United States Bankruptcy Judge

008948\0009\1804982.1